UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CALVIN G. BELTON                          CIVIL ACTION NO. 08-1489
    La. DOC #300340
VS.                                       SECTION P
                                          JUDGE DRELL
TIM WILKINSON, WARDEN                      MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d) and he is not eligible for the benefits of either statutory or equitable tolling.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this _25_ day of _March_, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE